United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| EDA BECKER MOLINA, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION No. L-26-641 |
| | § | |
| | § | |
| WARDEN LAREDO DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner Eda Becker Molina's Petition for Writ of Habeas Corpus (28 U.S.C. § 2241). D.E. 1. Petitioner is a native and citizen of Nicaragua. At the time the lawsuit was filed, Petitioner was detained at the Laredo Detention Center in Laredo, Texas. The habeas petition requests Petitioner's release from custody under supervision.

On May 26, 2026, the Government entered an advisory stating that the Department of Homeland Security intended to remove Petitioner from the United States. D.E. 12. Public records confirm that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 13, 2026). No live issues remain for adjudication, and the petition is now moot. The Court, therefore, **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 17th day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE